**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Boris Khavich
                      Plaintiff,

v.                                      Case No.: 1:12–cv–04443
                                            Honorable Milton I. Shadur

FinnAir, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 5, 2012:

      MINUTE entry before Honorable Milton I. Shadur:The 9/28/12 status hearing is vacated and reset for 10/29/2012 at 09:00 AM. If counsel files a stipulation to dismiss before the 10/29 status date the status will be stricken. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.