IN THE UNITED STATES FEDERAL COURT
FOR NORTHERN DISTRICT OF ILLINOIS

**BORIS KHAVICH**  Case No. **2012-cv-04443**
        **Plaintiff,**
  vs.

**FINNAIR O.Y.**, *et., al.,*
        **Defendants,**  Honorable Milton Shadur
_____

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIM
AGAINST DEFENDANT AMERICAN AIRLINES INC**
_____

    **NOW COMES** the above-named Plaintiff, **BORIS KHAVICH,** by his counsel of record, Attorney Vladimir M. Gorokhovsky of Gorokhovsky Law Offices LLC, and pursuant to Fed.R.Civ. Pro 41(a)(1)(A)(i) hereby tenders the Notice of Voluntary Dismissal, without prejudice, of all claims asserted only against the above-named defendant AMERICAN AIRLINES INC.

    Dated this <u>5th</u> day of <u>July</u> 2012.

                           Respectfully submitted by
                           GOROKOHOVSKY LAW OFFICE, LLC
                           Counsel for Plaintiffs

                         BY: <u>/s/ Vladimir M. Gorokhovsky, Esq.</u>
                              Vladimir M. Gorokhovsky, LL.M.
                              WIS SBN 1036040

<u>P.O. Business Address</u>:
6045 North Greenbay Avenue, Suite 2A
Milwaukee, WI 54209
(414)-581-1582
gorlawoffice@yahoo.com