IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**BORIS KHAVICH,**

      **Plaintiff,**

    vs.                                       Case No. 1:12−cv−04443
                                                      Honorable Milton Shadur

**FINNAIR, et al.,**

      **Defendants.**

_____

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
_____

**NOW COMES** the above-named Plaintiff, **BORIS KHAVICH,** by his counsel of record, Attorney Vladimir M. Gorokhovsky of Gorokhovsky Law Offices LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby dismisses with prejudice all claims asserted in the above-captioned action, without fees or costs to any party.

Dated: October 15, 2012.

                                              Respectfully submitted,
                                              GOROKOHOVSKY LAW OFFICE, LLC
                                              Counsel for Plaintiff

                                        BY: *Vladimir M. Gorokhovsky, Esq.*
                                              /s/Vladimir M. Gorokhovsky, LL.M.
                                              WIS SBN 1036040
                                              6045 North Greenbay Avenue, Suite 2A
                                              Milwaukee, WI 54209
                                              (414)-581-1582
                                              gorlawoffice@yahoo.com

SO ORDERED:

_____
Honorable Milton I. Shadur
United States District Judge